1  Lori Rifkin, Esq. [S.B. # 244081]
   HADSELL STORMER & RENICK LLP
2  4300 Horton Street, #15
   Emeryville, CA 94608
3  Telephone: (626) 585-9600
4  Facsimile:  (626) 577-7079
   Email: lrifkin@hadsellstormer.com
5
6  Dan Stormer, Esq. [S.B. #101967]
   Joshua Nuni, Esq. [S.B. #313724]
7  HADSELL STORMER & RENICK LLP
   128 N. Fair Oaks Avenue
8  Pasadena, California 91103
   Telephone: (626) 585-9600
9  Facsimile:  (626) 577-7079
   Emails: dstormer@hadsellstormer.com
10         jnuni@hadsellstormer.com
11
   [Additional counsel cont. on next page]
12

13

14              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| Estate of BERTRAM HISCOCK, deceased, by and through Vincent Hiscock, as Administrator; Sherrick Hiscock,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF YUBA; COUNTY OF SUTTER; Sheriff-Coroner Steven L. Durfor, in his individual and official capacities; TONY HOBSON, in his individual and official capacities; JOAN ODOM, M.D., in her individual capacity, and DOES 1-5,<br><br>Defendants. | Case No.: 17-CV-02706-JAM-GGH<br><br>[Assigned to the Honorable John A. Mendez – Courtroom 6]<br><br>**STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR STANDARD LITIGATION**<br><br>Complaint filed:      December 28, 2017<br>Disc. Cut-Off:         April 5, 2019<br>Motion Cut-Off:      June 18, 2019<br>Trial Date:              September 16, 2019 |

FILED

APR 2 0 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

[Additional counsel cont. from first page]

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Barakah M. Amaral, SBN 298726
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF YUBA and SHERIFF-CORONER STEVEN L. DURFOR


HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants COUNTY OF SUTTER;
TONY HOBSON; JOAN ODOM, M.D.

STIPULATED ORDER RE: DISC OF
ELECTRONICALLY STORED INFO

1. **PURPOSE**

   This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Guidelines for the Discovery of Electronically Stored Information, and any other applicable orders and rules.

2. **COOPERATION**

   The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Guidelines for the Discovery of ESI.

3. **LIAISON**

   The parties have identified liaisons to each other who are and will be knowledgeable about and responsible for discussing their respective ESI. Each e-discovery liaison will be, or have access to those who are, knowledgeable about the technical aspects of e-discovery, including the location, nature, accessibility, format, collection, search methodologies, and production of ESI in this matter. The parties will rely on the liaisons, as needed, to confer about ESI and to help resolve disputes without court intervention.

4. **PRESERVATION**

   The parties have discussed their preservation obligations and needs and agree that each party will comply with their preservation obligations under the Federal Rules of Civil Procedure.

5. **SEARCH**

   The parties agree that in responding to an initial Fed. R. Civ. P. 34 request, or earlier if appropriate, they will meet and confer about methods to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery. The parties agree that they will provide a description of potential data sources (e.g. intranet, server, cloud, electronic jail management systems, electronic mail, individual hard drives) that may contain relevant ESI, and any necessary information for constructing efficient and appropriate search terms for these data sources. The parties will then meet and confer about search terms and custodians, and will attempt to reach agreement. If the parties cannot reach agreement about search terms and custodians, they will use the Court's informal discovery resolution process, if available, before proceeding to noticed discovery motions.

///

## 6. PRODUCTION FORMATS

The parties agree to produce documents in PDF, TIFF, or native, or a combination thereof, file formats. If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties agree not to degrade the searchability of documents as part of the document production process.

## 7. PHASING

When a party propounds discovery requests pursuant to Fed. R. Civ. P. 34, the parties agree to discuss whether phasing the production of ESI is appropriate. If phasing is necessary in order to achieve a timely production so that depositions and other discovery can proceed, the parties agree to meet and confer regarding a rolling production schedule.

## 8. DOCUMENTS PROTECTED FROM DISCOVERY

a) Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. For example, the mere production of privileged or work-product-protected documents in this case as part of a mass production is not itself a waiver in this case or in any other federal or state proceeding.

b) The parties have agreed upon a "clawback" process pursuant to Fed. R. Civ. P. 26(b)(5) in order to facilitate timely production of ESI.

c) Communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log. Communications may be identified on a privilege log by category, rather than individually, if appropriate.

## 9. MODIFICATION

This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

/ / /

/ / /

/ / /

1

**IT IS SO STIPULATED**, through Counsel of Record.

2

3    Dated: April 19, 2018                    HADSELL STORMER & RENICK LLP

4

5                                            By:   /s/ Lori Rifkin
                                                   Lori Rifkin
6                                                  Dan Stormer
                                                   Joshua Nuni
7                                            Attorneys for Plaintiffs

8    Dated: April 19, 2018                    PORTER SCOTT
                                             A PROFESSIONAL CORPORATION
9

10

11                                           By:   /s/ Barakah M. Amaral (as authorized on 04/19/18)
                                                   Carl L. Fessenden
12                                                 Barakah M. Amaral
                                             Attorneys for Defendants COUNTY OF YUBA and
13                                           SHERIFF-CORONER STEVEN L. DURFOR

14   Dated: April 19, 2018                    HANSON BRIDGETT LLP

15

16                                           By:   /s/ Samantha D. Wolff (as authorized on 04/19/18)
                                                   PAUL B. MELLO
17                                                 SAMANTHA D. WOLFF
                                                   LAUREL E. O'CONNOR
18                                           Attorneys for Defendants COUNTY OF
                                             SUTTER; TONY HOBSON; JOAN ODOM, M.D
19

20

21       **IT IS ORDERED** that the forgoing Agreement is approved.

22

23   Dated:  April 20, 2018

24                                           The Honorable John A. Mendez
                                             United States District Court Judge
25

26

27

28

STIPULATED ORDER RE: DISC OF              -3-
ELECTRONICALLY STORED INFO