| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | HANSON BRIDGETT LLP<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>LAUREL E. O'CONNOR, SBN 305478<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br><br>Attorneys for Defendants COUNTY OF SUTTER; TONY HOBSON; JOAN ODOM, M.D. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Estate of BERTRAM HISCOCK, deceased, by and through VINCENT HISCOCK, as Administrator; SHERRICK HISCOCK,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF YUBA; COUNTY OF SUTTER; SHERIFF-CORONER STEVEN L. DURFOR, in his individual and official capacities; TONY HOBSON, in his individual and official capacities; JOAN ODOM, M.D., in her individual capacity and DOES 1-5,<br><br>Defendants. | Case No. 2:17-cv-02706-JAM-GGH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JOAN ODOM; ORDER** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Estate of Bertram Hiscock, deceased, by and through Vincent Hiscock, as administrator and Sherrick Hiscock, and Defendants County of Yuba, County of Sutter, Sheriff-Coroner Steven L. Durfor, Tony Hobson, and Joan Odom, M.D., stipulate to the voluntary dismissal with prejudice of Defendant Dr. Joan Odom from this action.

Each party is to bear its own costs, attorney's fees, and expenses and waives any claim for such costs, fees, and expenses.

IT IS SO STIPULATED.

---

14925736.1

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JOAN ODOM AND ORDER

| | | |
|---|---|---|
| DATED: October 5, 2018 | | HANSON BRIDGETT LLP |

By: _____*/s/ Samantha Wolff*\*\*_____
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
Attorneys for Defendants COUNTY OF SUTTER; TONY HOBSON; JOAN ODOM, M.D.

DATED: October 5, 2018       HADSELL STORMER & RENICK LLP

By: _____*/s/ Lori Rifkin*_____
LORI RIFKIN
Attorney for Plaintiffs Estate of BERTRAM HISCOCK, deceased, by and through VINCENT HISCOCK, as Administrator; SHERRICK HISCOCK

DATED: October 5, 2018       PORTER SCOTT

By: _____*/s/ Carl Fessenden*_____
CARL L. FESSENDEN
Attorney for Defendants COUNTY OF YUBA; SHERIFF-CORONER STEVEN L. DURFOR

**\*\*ECF ATTESTATION**

I, Samantha Wolff, am the ECF User whose ID and password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Defendant Joan Odom is dismissed with prejudice from this lawsuit.

IT IS SO ORDERED.

Dated: October 5, 2018       /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-2-
STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JOAN ODOM AND PROPOSED ORDER
14925736.1