HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants COUNTY OF
SUTTER; TONY HOBSON; JOAN ODOM,
M.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Estate of BERTRAM HISCOCK, deceased, by and through VINCENT HISCOCK, as Administrator; SHERRICK HISCOCK,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF YUBA; COUNTY OF SUTTER; SHERIFF-CORONER STEVEN L. DURFOR, in his individual and official capacities; TONY HOBSON, in his individual and official capacities; JOAN ODOM, M.D., in her individual capacity and DOES 1-5,<br><br>Defendants. | Case No. 2:17-cv-02706-JAM-GGH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JOAN ODOM; ORDER** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Estate of Bertram Hiscock, deceased, by and through Vincent Hiscock, as administrator and Sherrick Hiscock, and Defendants County of Yuba, County of Sutter, Sheriff-Coroner Steven L. Durfor, Tony Hobson, and Joan Odom, M.D., stipulate to the voluntary dismissal with prejudice of Defendant Dr. Joan Odom from this action.

Each party is to bear its own costs, attorney's fees, and expenses and waives any claim for such costs, fees, and expenses.

IT IS SO STIPULATED.

---

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JOAN ODOM AND ORDER

14925736.1

| | | |
|---|---|---|
| DATED: October 5, 2018 | | HANSON BRIDGETT LLP |

By: ___*/s/ Samantha Wolff*\*\*___
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL E. O'CONNOR
Attorneys for Defendants COUNTY OF SUTTER; TONY HOBSON; JOAN ODOM, M.D.

DATED: October 5, 2018  HADSELL STORMER & RENICK LLP

By: ___*/s/ Lori Rifkin*___
LORI RIFKIN
Attorney for Plaintiffs Estate of BERTRAM HISCOCK, deceased, by and through VINCENT HISCOCK, as Administrator; SHERRICK HISCOCK

DATED: October 5, 2018  PORTER SCOTT

By: ___*/s/ Carl Fessenden*___
CARL L. FESSENDEN
Attorney for Defendants COUNTY OF YUBA; SHERIFF-CORONER STEVEN L. DURFOR

## **\*\*ECF ATTESTATION**

I, Samantha Wolff, am the ECF User whose ID and password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Defendant Joan Odom is dismissed with prejudice from this lawsuit.

IT IS SO ORDERED.

Dated: October 5, 2018  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-2-
STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JOAN ODOM AND PROPOSED ORDER

14925736.1