Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: lrifkin@hadsellstormer.com

Dan Stormer, Esq. [S.B. #101967]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com

[Additional counsel cont. on next page]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BERTRAM HISCOCK, deceased, by and through Vincent Hiscock, as Administrator; Sherrick Hiscock,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF YUBA; COUNTY OF SUTTER; Sheriff-Coroner Steven L. Durfor, in his individual and official capacities; TONY HOBSON, in his individual and official capacities; JOAN ODOM, M.D., in her individual capacity, and DOES 1-5,<br><br>Defendants. | Case No.: 17-CV-02706-JAM-GGH<br><br>[Assigned to the Honorable John A. Mendez – Courtroom 6]<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Complaint filed:     December 28, 2017<br>Disc. Cut-Off:       April 5, 2019<br>Motion Cut-Off:   June 18, 2019<br>Trial Date:            September 16, 2019 |

_____
STIPULATION FOR VOLUNTARY
DISMISSAL OF ENTIRE ACTION

[Additional counsel cont. from first page]

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Barakah M. Amaral, SBN 298726
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF YUBA and SHERIFF-CORONER STEVEN L. DURFOR

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants COUNTY OF SUTTER;
TONY HOBSON; JOAN ODOM, M.D.

_____
STIPULATION FOR VOLUNTARY
DISMISSAL OF ENTIRE ACTION

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Estate of Bertram Hiscock, deceased, by and through Vincent Hiscock, as administrator and Sherrick Hiscock, and Defendants County of Yuba, County of Sutter, Sheriff-Coroner Steven L. Durfor, and Tony Hobson hereby stipulate to the voluntary dismissal of this action with prejudice.

Except as provided in the Settlement Agreement, each party is to bear its own costs, attorney's fees, and expenses and waives any claim for such costs, fees, and expenses.

IT IS SO STIPULATED.

Dated: October 30, 2018              HADSELL STORMER & RENICK LLP


                                     By:  /s/ Lori Rifkin
                                          Lori Rifkin
                                          Dan Stormer
                                     Attorneys for Plaintiffs

Dated: October 30, 2018              PORTER SCOTT
                                     A PROFESSIONAL CORPORATION


                                     By:  /s/ Carl L. Fessenden
                                          Carl L. Fessenden
                                          Barakah M. Amaral
                                     Attorneys for Defendants COUNTY OF YUBA and
                                     SHERIFF-CORONER STEVEN L. DURFOR

Dated: October 30, 2018              HANSON BRIDGETT LLP


                                     By:  /s/ Samantha D. Wolff
                                          PAUL B. MELLO
                                          SAMANTHA D. WOLFF
                                          LAUREL E. O'CONNOR
                                     Attorneys for Defendants COUNTY OF
                                     SUTTER and TONY HOBSON

**\*\*ECF ATTESTATION**

I, Lori Rifkin, am the ECF User whose ID and password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.


1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** This action is dismissed with
2  prejudice.
3         IT IS SO ORDERED.
4
5  Dated:  _____
                                                                The Honorable John A. Mendez
6                                                               United States District Judge