1  Lori Rifkin, Esq. [S.B. # 244081]
   HADSELL STORMER & RENICK LLP
2  4300 Horton Street, #15
   Emeryville, CA 94608
3  Telephone: (626) 585-9600
4  Facsimile:  (626) 577-7079
   Email: lrifkin@hadsellstormer.com
5

6  Dan Stormer, Esq. [S.B. #101967]
   HADSELL STORMER & RENICK LLP
7  128 N. Fair Oaks Avenue
   Pasadena, California 91103
8  Telephone: (626) 585-9600
   Facsimile:  (626) 577-7079
9  Emails: dstormer@hadsellstormer.com

10 [Additional counsel cont. on next page]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BERTRAM HISCOCK, deceased, by and through Vincent Hiscock, as Administrator; Sherrick Hiscock,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF YUBA; COUNTY OF SUTTER; Sheriff-Coroner Steven L. Durfor, in his individual and official capacities; TONY HOBSON, in his individual and official capacities; JOAN ODOM, M.D., in her individual capacity, and DOES 1-5,<br><br>Defendants. | Case No.: 17-CV-02706-JAM-GGH<br><br>[Assigned to the Honorable John A. Mendez – Courtroom 6]<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>Complaint filed:  December 28, 2017<br>Disc. Cut-Off:  April 5, 2019<br>Motion Cut-Off:  June 18, 2019<br>Trial Date:  September 16, 2019 |

_____
STIPULATION FOR VOLUNTARY
DISMISSAL OF ENTIRE ACTION

[Additional counsel cont. from first page]

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Barakah M. Amaral, SBN 298726
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF YUBA and SHERIFF-CORONER STEVEN L. DURFOR


HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants COUNTY OF SUTTER;
TONY HOBSON; JOAN ODOM, M.D.

---

STIPULATION FOR VOLUNTARY
DISMISSAL OF ENTIRE ACTION

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Estate of Bertram Hiscock, deceased, by and through Vincent Hiscock, as administrator and Sherrick Hiscock, and Defendants County of Yuba, County of Sutter, Sheriff-Coroner Steven L. Durfor, and Tony Hobson hereby stipulate to the voluntary dismissal of this action with prejudice.

Except as provided in the Settlement Agreement, each party is to bear its own costs, attorney's fees, and expenses and waives any claim for such costs, fees, and expenses.

IT IS SO STIPULATED.

Dated: October 30, 2018          HADSELL STORMER & RENICK LLP


                                 By:   /s/ Lori Rifkin
                                       Lori Rifkin
                                       Dan Stormer
                                 Attorneys for Plaintiffs

Dated: October 30, 2018          PORTER SCOTT
                                 A PROFESSIONAL CORPORATION


                                 By:   /s/ Carl L. Fessenden
                                       Carl L. Fessenden
                                       Barakah M. Amaral
                                 Attorneys for Defendants COUNTY OF YUBA and
                                 SHERIFF-CORONER STEVEN L. DURFOR

Dated: October 30, 2018          HANSON BRIDGETT LLP


                                 By:   /s/ Samantha D. Wolff
                                       PAUL B. MELLO
                                       SAMANTHA D. WOLFF
                                       LAUREL E. O'CONNOR
                                 Attorneys for Defendants COUNTY OF
                                 SUTTER and TONY HOBSON

### **ECF ATTESTATION

I, Lori Rifkin, am the ECF User whose ID and password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION

-1-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This action is dismissed with prejudice.
  IT IS SO ORDERED.


Dated:  10/30/2018                           /s/ John A. Mendez
                                             The Honorable John A. Mendez
                                             United States District Court Judge

STIPULATION FOR VOLUNTARY
DISMISSAL OF ENTIRE ACTION            -2-